IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
        Plaintiff,

V

JOSUE G. REYES-HERNANDEZ,
        Defendant,

CRIMINAL CASE No: 97-110

HONORABLE JOSE A. FUSTE
U.S.DISTRICT COURT JUDGE

## MOTION TO HOLD GOVERNMENT IN CONTEMPT AND COMPEL THE RETURN OF PROPERTY WITH INTEREST ACCRUED FORTHWITH

NOW COMES the defendant, **pro-se,** and respectfully moves this Court to hold the government in contempt and compel the return of property with interest accrued forthwith for the reasons that follows.

On **May 14,2003,** the First Circuit court of Appeals entered a judgement directing entry of an order granting the motion to return property. On **December 2,2003,** this Court entered an order granting request for return of property. Thus, the government knew since **May 14,2003** that it had to return defednant's property. Notwithstanding this knowledge, and countless written communications requesting the property which the government ignored and, in spite of this Court's order, the government has not yet returned property to the defendant. Therefore, the government should be held in contempt for failure to comply with this Court's order as well as compel the return of assets with the **interest accrued,** since **1997,** forthwith.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion for cntempt and compel was mailed to: U.S.Attorney's Office, H.S. Garcia, U.S.Attorney; Torre Chardon, room 1281; 350 Carlos Chardon Ave.; San Juan, Puerto Rico, 00918 this 9th day of September 2004, by deposit in Legal Mail Box at FCI Fort Dix.

Respectfully,
/s/ Josue Reyes Hernandez
Josue G. Reyes-Hernandez
14856-069 FCI,Fort Dix 08640