IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**JOSUE G. REYES-HERNANDEZ,**<br>Defendant. | **CRIMINAL NO. 97-110 (JAF)** |

**UNITED STATES' INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COMES NOW the United States of America, through its undersigned attorneys, and very respectfully informs that the circumstances related to the return of property proceedings in the captioned case have been brought to the personal attention of the United States Attorney for the District of Puerto Rico, H.S. García, as ordered by this Honorable Court on November 18, 2004 (Docket No. 520).

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 22nd day of November, 2004.

                            H.S. GARCIA
                            United States Attorney

                            s/José Ruiz-Santiago
                            José Ruiz-Santiago
                            Assistant U.S. Attorney

*CERTIFICATION OF SERVICE*

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing motion has been mailed to defendant Josué G. Reyes-Hernández, at his address of record.

                            s/José Ruiz-Santiago