IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSUE REYES HERNANDEZ,

    Defendant.

Cr. No. 97-0110-03 (JAF)

## NOTICE INFORMING COMPLIANCE

TO THE HONORABLE
JOSE A. FUSTE
CHIEF JUDGE
UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO:

**COMES NOW DEFENDANT JOSUE REYES HERNANDEZ**, represented by the undersigned Counsel and before this Honorable Court respectfully shows:

1. On November 18, 2004, this Honorable Court ordered (docket no. 520) the government to confirm that positive action had been taken with regards to the return of $1,055.00 in United States currency to defendant Reyes-Hernández.

2. On November 30, 2004, the undersigned counsel for defendant Reyes-Hernández met with agents of the Federal Bureau of Investigation who delivered to the undersigned counsel the $1,055.00 in United States currency at issue herein. Accordingly, the defendant informs this

Honorable Court that its Order in docket no. 520 has been

fully complied with and the issue is now resolved.

WHEREFORE, defendant JOSUE REYES HERNANDEZ respectfully prays

that this Honorable Court take notice that its Order in docket no.

520 has been fully complied with.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 3rd day of December 2004.

### CERTIFICATE OF SERVICE

I hereby CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following **AUSA JOSE A. RUIZ-SANTIAGO**, and I hereby further CERTIFY that I have mailed by United States Postal Service a copy of the same to the following non CM/ECF participants: **JOSUE REYES HERNANDEZ**, Reg. No. 14856-069, FCI Fort Dix, P.O. Box 2000, Fort Dix, NJ 08640.

At San Juan, Puerto Rico, this 3rd day of December 2000.

BROWN & UBARRI
El Caribe Building
Fourteenth Floor
53 Palmeras Street
San Juan, P.R. 00901-2417
Tel. (787) 725-3312
Fax  (787) 723-7233


/s/ *DAVID W. ROMAN*
David W. Román
USDC Bar No. 125709
E-mail: roman@bandulaw.com